FIRST NAT. BANK OF FT. WORTH v.
BEACH et al. (No. 432.)

(Court of Civil Appeals of Texas. Amarillo.
Feb. 20, 1913.)

APPEAL AND ERROR (§ 47*)—JURISDICTION—
AMOUNT IN CONTROVERSY.

Where plaintiff sued for only $100 and waived a provision of a contract for attorney's fees, the amount in controversy was insufficient to sustain the appeal to the Court of Civil Appeals.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 202–225; Dec. Dig. § 47.*]

Appeal from Hardeman County Court; W. S. Bannister, Judge.

Action between the First National Bank of Ft. Worth and D. B. Beach and others. From a judgment in favor of the latter, the former appeals. Dismissed.

W. T. Perkins, of Quanah, and Jno. D. Lester, of Chillicothe, for appellant. Cecil Storey, of Vernon, and W. O. Scott, of Chillicothe, for appellees.

HALL, J. It is clear from the record that plaintiff sued for only $100 and waived the provision for attorney's fees; therefore the appeal is dismissed for want of jurisdiction.